[No. 7115-1-II. Division Two. September 11, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. KAREN MARIE FREELAND, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 83-1-00052-9, Don L. McCulloch, J., entered May 24, 1983. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Petrich, J.

[No. 7152-5-II. Division Two. September 11, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. LONNIE Q. DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 83-1-00033-3, Gerald B. Chamberlin, J., entered June 13, 1983. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Alexander, J.

[No. 7369-2-II. Division Two. September 12, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. BLAINE W. WHITEHEAD, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 83-1-00205-1, Leonard W. Kruse, J., entered September 21, 1983. *Dismissed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Alexander, J.